IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES B.,[1]

        Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civ. No. 3:19-cv-01011-CL

**ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA**

MARK D. CLARKE, Magistrate Judge.

It is hereby ORDERED that attorney fees in the amount of $9,560.94 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The government does not object. The attorney fees shall be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Laurie B. Mapes. If Plaintiff has such a debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff. The check, regardless of the named payee, shall be mailed to Plaintiff's attorney, Laurie B. Mapes, at P.O. Box 1241, Scappoose, Oregon, 97056.

Dated this __21__ day of June, 2021.

                                                  _____
                                                  MARK D. CLARKE
                                                  United States Magistrate Judge

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case.