Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice:  (503) 543-2900
Fax:  (503) 543-3676
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES B.,[1]                                    Case No.  3:19-cv-01011-CL

                Plaintiff,

        v.

COMMISSIONER, SOCIAL SECURITY          ORDER FOR ATTORNEY FEES UNDER
ADMINISTRATION,                        42 U.S.C. § 406(b)

                Defendant.

Plaintiff, James B., brought this action for review of the Commissioner's final

decision to deny Plaintiff's applications for disability benefits under Titles II and XVI of the

Social Security Act, 42 U.S.C. §§ 401-34, 1381a.  Doc. No. 1.  The Court remanded this matter

for immediate payment of benefits.  Doc. Nos. 17, 18.

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of
the non-governmental party or parties in this case.

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) - 1

Plaintiff now seeks an award of attorney fees under 42 U.S.C. § 406(b). Doc. Nos. 24,

25. The Court finds that the requested fees are reasonable.

Plaintiff's motion for attorney fees (Doc. Nos. 24, 25) is granted. Plaintiff's counsel is

awarded $24,896.25 in attorney fees under 42 U.S.C. § 406(b). Earlier, the Court awarded

Plaintiff attorney fees in the amount of $9,560.94 under the Equal Access to Justice Act, 28

U.S.C. § 2412 ("EAJA"). Doc. No. 23. Therefore, when Defendant issues the Section 406(b)

check for payment to Plaintiff's attorney, Defendant is directed to subtract the amount previously

awarded under EAJA and pay Plaintiff's attorney, Laurie B. Mapes, the balance of $15,335.31,

less any applicable processing or user fees prescribed by statute. The Section 406(b) check

should be mailed to Laurie B. Mapes at P.O. Box 1241, Scappoose OR 97056.

IT IS SO ORDERED.

DATED this _27_ day of August 2021.

MARK D. CLARKE
United States Magistrate Judge

SUBMITTED BY:

/s/ Laurie B. Mapes
Laurie B. Mapes
OSB #841670
(503) 543-2900
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) - 2